IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JENNIFER LYNN STRUBE )
)
v. ) NO. 3:04-0538
)
THE CITY OF WHITE HOUSE, )
TENNESSEE, et al. )

**O R D E R**

In accordance with the contemporaneously entered Memorandum, the Court GRANTS IN PART in the defendants' motion for summary judgment (Docket Entry No. 46). Summary judgment is GRANTED to the defendants on the plaintiff's state law claims of malicious prosecution, wrongful arrest, and negligent infliction of emotional distress, and on the plaintiff's Eighth and Fourteenth Amendment claims brought under 42 U.S.C. § 1983. These claims are DISMISSED WITH PREJUDICE.

The Court DENIES IN PART the defendants' motion for summary judgment (Docket Entry No. 46) to the extent that the defendants seek summary judgment on the plaintiff's Fourth Amendment claim brought under 42 U.S.C. § 1983 and on her state law claim of assault and battery. These two claims shall proceed to trial.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge